**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 74 and 75 MM 2017
:
Respondent :
:
:
:
v. :
:
:
SHAWN SAUNDERS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.